IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTONIO C. ROBINSON,                                                              PLAINTIFF
ADC #110422

v.                           2:21CV00120-BSM-JTK

WALLACE B. MCNARY,                                                              DEFENDANT

## ORDER

Antonio C. Robinson ("Plaintiff") has filed a Motion asking for leave to file a late "motion regarding failure to exhaust." (Doc. No. 73). Failure to exhaust administrative remedies is an affirmative defense; it is a defendant's burden to argue and prove failure to exhaust. Because failure to exhaust is an affirmative defense, there is no need for Plaintiff to file an exhaustion-related motion. Accordingly, Plaintiff's Motion (Doc. No. 73) is DENIED as moot.

IT IS SO ORDERED this 25th day of May, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE