IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTONIO C. ROBINSON                                                                PLAINTIFF

v.                        CASE NO. 2:21-CV-00120-BSM

WALLACE B. MCNARY                                                                  DEFENDANT

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 82] are adopted. Wallace McNary's motion for summary judgment [Doc. No. 69] is granted, and Antonio Robinson's claims are dismissed with prejudice.

IT IS SO ORDERED this 30th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE