**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ANTONIO C. ROBINSON**                                                                 **PLAINTIFF**

**v.**                                   **CASE NO. 2:21-CV-00120-BSM**

**WALLACE B. MCNARY**                                                             **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE